NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIKA GINSBERG-KLEMMT, )
 )
    Appellant, )
 )
v. )    Case No. 2D17-2396
 )
CITIMORTGAGE, INC., )
 )
    Appellee. )
_____ )

Opinion filed September 21, 2018.

Appeal from the Circuit Court for
Sarasota County; Frederick P. Mercurio,
Judge.

Mark Stopa of Stopa Law Firm,
Tampa, and Latasha Scott of Lord Scott,
PLLC, (withdrew after briefing); Richard J.
Mockler of Stay In My Home, P.A., St.
Petersburg (substituted as counsel of
record), for Appellant.

Cynthia L. Comras of Robertson,
Anschutz & Schneid, P.L., Boca Raton,
for Appellee.


PER CURIAM.


    Affirmed.

VILLANTI, SLEET, and ATKINSON, JJ., Concur.